IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JASON LEE McLELLAND                                                     PLAINTIFF

v.                      Civil No. 05-1088

UNION COUNTY DETENTION CENTER;
KEN JONES; and LT. DARRYL EASTER                         DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jason Lee McLelland filed this pro se civil rights action under 42 U.S.C. § 1983 on September 28, 2005. His complaint was filed in forma pauperis (IFP). (Docs. 1-3.)

On January 12, 2006, the undersigned entered an order directing McLelland to complete, sign, and return an attached addendum to his complaint by February 10, 2006. (Doc. 7.) To date, McLelland has not responded to the order by returning the completed and signed addendum. The court's January 12 order has not been returned as undeliverable, McLelland has not communicated with the court, and a later address for McLelland does not appear in the file.

I therefore recommend that McLelland's complaint be dismissed on the grounds that he has failed to prosecute this action or obey an order of this court. *See* Fed. R. Civ. P. 41(b).

**McLelland has ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. McLelland is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

AO72A
(Rev. 8/82)

DATED this 4th day of April 2006.

                                          **/s/ Bobby E. Shepherd**
                                      _____
                                      HON. BOBBY E. SHEPHERD
                                      UNITED STATES MAGISTRATE JUDGE