IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

JASON LEE McLELLAND                                                         PLAINTIFF

VS.                            Civil No. 05-cv-1088

UNION COUNTY DETENTION CENTER;
KEN JONES; and LT. DARRYL EASTER              DEFENDANTS

**ORDER**

Now on this 25th day of April, 2006, comes on for consideration the proposed findings and recommendations filed herein on April 4, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that McLelland's complaint should be and is hereby dismissed on the grounds that he has failed to prosecute this action or obey an order of this court.

IT IS SO ORDERED.

                                           */s/ Harry F. Barnes*
                                           **HARRY F. BARNES**
                                           **U.S. DISTRICT JUDGE**